# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00149-CV

**City of Austin, Appellant**

**v.**

**Michael King, Gina Gaddy, Edmond Price, and William Sievers, Individually and on behalf of all Members of their Certified Class, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. 96-08899, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The City of Austin has filed an unopposed motion to dismiss this appeal, representing that the parties have resolved their differences. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: March 10, 2005